**Lloyd Bernstein**, OSB #002030
E-mail:  lloyd.bernstein@bullivant.com
**Bryce J. Adams,** OSB #132880
E-Mail:  bryce.adams@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204
Telephone: 503.228.6351

Attorneys for Plaintiffs American Economy Insurance Company and American Fire and Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, and AMERICAN FIRE AND CASUALTY COMPANY,<br><br>                                 Plaintiffs,<br><br>     v.<br><br>NW BUILDING FORENSICS, LLC, and EAGLE RIDGE TOWNHOMES OWNERS' ASSOCIATION,<br><br>                                 Defendants. | Civil No.: 3:19-cv-01463-SI<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated by all parties that this action (including any and all counterclaims and cross-claims) is dismissed with prejudice, and without costs or fees to any party.

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

STIPULATION OF DISMISSAL
**Page 1**

IT IS SO STIPULATED:

**BULLIVANT HOUSER BAILEY**

By:  *s/Lloyd Bernstein*

Lloyd Bernstein, OSB #002030
Email:  lloyd.bernstein@bullivant.com
Bryce J. Adams, OSB #132880
Email:  bryce.adams@bullivant.com
One SW Columbia Street, Suite 800
Portland, OR  97204
Telephone: 503.228.6351

*Attorneys for Plaintiffs American Economy Insurance Company and American Fire and Casualty Company*

**PARSONS FARNELL & GREIN, LLP**

By:  *s/Kevin T. Sasse*

Michael E. Farnell, OSB #922996
Email: mfarnell@pfglaw.com
Kevin T. Sasse, OSB #155434
Email: ksasse@pfglaw.com
1030 SW Morrison Street
Portland, OR  97205-2626
Telephone: 503.222.1812

*Attorneys for Defendant NW Building Forensics, LLC*

**RICHARDSON WRIGHT, LLP**

By:  *s/Jason Wright*

Jason Wright, OSB #062168
Email:  jason@richardsonwright.com
805 SW Broadway, Suite 470
Portland, OR  97205
Telephone: 503.546.4625

*Attorneys for Defendant Eagle Ridge Townhomes Owners' Association*

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATION OF DISMISSAL**
**Page 2**